# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SALLY A. MCQUISTON,**
Appellant,

v.

**GARY R. NIKOLITS,** As Property Appraiser Of Palm Beach County;
**MARSHALL STRANBURG,** As Executive Director Of The Florida
Department Of Revenue; and **ANNE GANNON,** As The Tax Collector Of
Palm Beach County,
Appellees.

No. 4D15-3516

[June 8, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Caracuzzo, Judge; L.T. Case No. 502013CA017685XXXXMB.

Richard P. McCusker, Jr., Delray Beach, for appellant.

Jeffrey M. Clyman, West Palm Beach, for appellee Gary R. Nikolits, as Property Appraiser for Palm Beach County.

Pamela Jo Bondi, Attorney General, Jordan E. Pratt, Deputy Solicitor General, and Jeffrey Dikman, Senior Assistant Attorney General, Tallahassee, for appellee Marshall Stranburg, as Executive Director of The Florida Department of Revenue.

PER CURIAM.

*Affirmed. See Brklacic v. Parrish,* 149 So. 3d 85 (Fla. 4th DCA 2014).

CIKLIN, C.J., WARNER and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***